450 A.2d 1059

Commonwealth v. Gellock, Appellant.

Submitted May 11, 1982. Anthony C. Santore, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.